| | **TISDALE**<br>**LAW OFFICES, LLC** | |
|---|---|---|
| 11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY 10036<br>(212) 354-0025<br>FAX: (212) 869-0067 | | 10 SPRUCE STREET<br>SOUTHPORT, CT 06890<br>(203) 254-8474<br>FAX: (203) 254-1641 |
| TL@TISDALE-LAW.COM | *New York, NY · Southport, CT* | WWW.TISDALE-LAW.COM |

October 18, 2007

<u>*Via Facsimile 011 6085 430069 and Registered Mail, Return Receipt*</u>
Highline Shipping Sdn Bhd
Lot 1458, 1st Floor, LG 6, Krokop
Jln Dombeya, Miri,
Sarawak 98000 Malaysia

Re:   **Noble Shipping Inc. v. Highline Shipping Sdn Bhd**
         Docket Number: 07 Civ. 8860
         Our Reference Number: 07-99-1763

Dear Sir or Madam:

We represent Noble Shipping Inc. in the above referenced lawsuit. We write to advise you that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached at Bank of New York on or about October 17, 2007 in the sum of $9,400.00.

Please find attached to this letter all pleadings filed in the above referenced lawsuit including, but not limited to, the Complaint. If you have any questions or concerns, please contact us at your convenience. This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Sincerely,

Dawn C. Kubie
Paralegal

/Enclosures

TISDALE LAW OFFICES      Fax:2032541641      Oct 22 2007  14:14      P.01

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TI@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
203 254 8474
FAX (203) 254-1641

WWW.TISDALE-LAW.COM

October 22, 2007

**<u>Via Facsimile  011 6085 430069</u>**
Highline Shipping Sdn Bhd
Lot 1458, 1st Floor, LG 6, Krokop
Jln Dombeya, Miri,
Sarawak 98000 Malaysia

Re:   **Noble Shipping Inc. v. Highline Shipping Sdn Bhd**
      Docket Number: 07 Civ. 8860
      Our Reference Number: 07-99-1763

Dear Sir or Madam:

We represent Noble Shipping Inc. in the above referenced lawsuit. We write to advise you that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached at Bank of New York on or about October 18, 2007 in the sum of $74,250.00 and at JP Morgan Chase Manhattan Bank on or about October 22, 2007 in the sum of $148,200.00.

All pleadings filed in the above referenced lawsuit including, but not limited to, the Complaint were forwarded in our letter of October 18, 2007. If you have any questions or concerns, please contact us at your convenience. This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Sincerely,

Dawn C. Kubie
Paralegal

/Enclosures

| | | |
|---|---|---|
| 11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY 10036<br>(212) 354-0025<br>FAX: (212) 869-0067<br><br>TL@TISDALE-LAW.COM | **TISDALE**<br>**LAW OFFICES, LLC**<br><br>*New York, NY · Southport, CT* | 10 SPRUCE STREET<br>SOUTHPORT, CT 06890<br>(203) 254-8474<br>FAX: (203) 254-1641<br><br>WWW.TISDALE-LAW.COM |

October 29, 2007

*Via Email*
Highline Shipping Sdn Bhd
c/o Chris Edwards
Clyde & Co.
Singapore

Re:  Noble Shipping Inc. v. Highline Shipping Sdn Bhd
     Docket Number: 07 Civ. 8860
     Our Reference Number: 07-99-1763

Dear Mr. Edwards:

We represent Noble Shipping Inc. in the above referenced lawsuit. We write to advise you that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached at Bank of New York on or about October 23, 2007 in the sums of $16,026.22, $15,000.00 and $4,874.27.

All pleadings filed in the above referenced lawsuit including, but not limited to, the Complaint were forwarded in our letter of October 18, 2007. If you have any questions or concerns, please contact us at your convenience. This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Sincerely,

Dawn C. Kubie
Paralegal