**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007**

J. Michael McMahon
Clerk of the Court

-------------------------- x

Noble Shipping, Inc.,

        Plaintiff(s),                    07  Civ.  8860  (DC)

    - against -

Highline Shipping SDN BHD,

        Defendant(s).
-------------------------- x

       The above-captioned action has been assigned to Judge Denny Chin.

       Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

       This conference will be held on <u>December 13, 2007 at 10:30 A.M.</u>, in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

       **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:      New York, New York
              November 29, 2007

                                                          Sincerely,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

                                                             David Tam
                                                             Courtroom Deputy Clerk
                                                             U.S.D.C. - S.D.N.Y.
                                                             500 Pearl Street, Rm. 1020
                                                             New York, New York  10007
                                                             (212) 805-0096