TISDALE LAW OFFICES                    Fax:2032541641                    Dec  5 2007  10:34    P.01

| 11 WEST 42ND STREET, SUITE 900 | **TISDALE** | 10 SPRUCE STREET |
|---|---|---|
| NEW YORK, NY 10036 | **LAW OFFICES, LLC** | SOUTHPORT, CT 06890 |
| (212) 354-0023 | | (203) 254-8474 |
| FAX: (212) 869-0067 | | FAX: (203) 254-1641 |
| TL@TISDALE-LAW.COM | *New York, NY · Southport, CT* | WWW.TISDALE-LAW.COM |

December 5, 2007

*Via Facsimile 212 805 7906*
Hon. Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1020
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/07

Re:  Noble Shipping Inc. v. Highline Shipping Sdn Bhd
     Docket Number: 07 Civ. 8860
     Our Reference Number: 07-99-1763

Honorable Sir:

We represent the Plaintiff, Noble Shipping Inc., in the above referenced lawsuit. We write to respectfully request a 90-day adjournment of the Pre-Trial Conference scheduled for December 13, 2007 at 10:30.

The Defendant has appeared in this matter and also joins in this request as the parties are working on providing alternate security for each other's claim to hopefully resolve the case. We appreciate the court's indulgence in this matter.

Very truly yours,

Claurisse Campanale-Orozco

dk

cc:  *Via Facsimile (212) 885-5001*
     Jeremy O. Harwood
     Blank Rome LLP
     The Chrysler Building
     405 Lexington Avenue
     New York, NY 10174

Adjourned to March 7, 2008, at 10:00 a.m.

So Ordered
12/6/07