UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NOBLE SHIPPING INC., :

              Plaintiff, :

                                         07 CV 8860 (DC)
- against - : ECF CASE

HIGHLINE SHIPPING SDN BHD., :

              Defendant. :
-----------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1. Upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendant named in this action shall immediately release from attachment property belonging to the Defendant restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment dated October 15, 2007, and

3. That this action is hereby dismissed with prejudice and without costs to any party.

Dated: April 2, 2008
      New York, NY

                The Plaintiff,
                NOBLE SHIPPING INC.

By: *[signature]*
Claurisse Campanale-Orozco (CC3581)
Thomas L. Tisdale (TT 2162)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

The Defendant,
HIGHLINE SHIPPING SDN BHD

By: *[signature]*
Jeremy O. Harwood (JH9012)
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000 – phone
(212) 885-5001 – fax
JHarwood@blankrome.com

SO ORDERED:

*[signature]*
Honorable Denny Chin, U.S.D.J.

4/7/08